DANIEL G. BODGEN
United States Attorney
DANIEL R. SCHIESS
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06-mj-00036-PAL |
| ) | |
| Plaintiff, ) | UNITED STATES' MOTION TO DISMISS |
| ) | THE COMPLAINT AND QUASH ARREST |
| v. ) | WARRANT AS TO KEVIN HYLAND |
| ) | |
| KEVIN HYLAND, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through Daniel G. Bogden, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, hereby moves for leave to dismiss this case against KEVIN HYLAND. This case was filed on January 23, 2006, and an Arrest Warrant issued on the same day. Records indicate the defendant was arrested and processed on February 18, 2006.

…

…

…

…

…

…

1

1  WHEREFORE, the government hereby moves for leave to dismiss the Complaint in this
2  matter against defendant KEVIN HYLAND with prejudice, and further requests that the Arrest
3  Warrant for the defendant be quashed.

   Dated this 15th day of December, 2015.

                                      DANIEL G. BOGDEN
                                    United States Attorney

                                    */s/ Daniel R. Schiess*
                                    DANIEL R. SCHIESS
                                    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06-mj-00036-PAL |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| KEVIN HYLAND, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendant KEVIN HYLAND. It is further ordered that the Arrest Warrant for defendant KEVIN HYLAND be quashed.

Dated: December 16, 2015

_____
United States Magistrate Judge